UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Jorge Luis Arroyo

_____

_____
                Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 17 - 3569

-against-

Vanessa Satten

XXL magazine

900 3rd ave

third floor Newyork NY 10022

_____
                Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

☐ ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

DONNELLY, J.

JURY DEMAND
YES ✓   NO ___

KUO, M.J.

RECEIVED
JUN 12 2017
PRO SE OFFICE

I.   Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

     A.   Name of plaintiff   Jorge Luis Arroyo

     If you are incarcerated, provide the name of the facility and address:

     County of Northampton
     Northampton county Jail
     666 Walnut street Easton PA 18042

     Prisoner ID Number: #22406

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Vanessa Satten
Full Name

Chief editor
Job Title

900 3rd ave third Floor
New York NY. 10022
Address

Defendant No. 2

Jennifer Lopez Rodriguez
Full Name

Singer and actress
Job Title

Epic Records

Address

Defendant No. 3

~~Kumuk~~ ~~wuluusmi~~ Nicky Minaj
Full Name

~~artists~~ ~~@myspace.riguomean~~ Young Money Records
Job Title

Hip Hop rapper

2

_____
Address

Defendant No. 4   Jim Jones
                 Full Name

                 artists @ VH1 And Roc Nation
                 Job Title

                 _____

                 _____
                 Address

Defendant No. 5   Dame Dash
                 Full Name

                 Ceo of Dame Dash music Group
                 Job Title

                 _____

                 _____
                 Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur?  NH, state Jailand
Valley St manchester NH

When did the events happen? (include approximate time and date) October 02-2013

3

Facts: (what happened?) Am CEO of Gutter ent promotion management register in albany NY am also part of together forever brooklyn zoo. Gosk-Ggutter AKA boyGeorge from manchester valley street Jail in NH I sent some powers of attorneys the only legal tool that could send from prison to conduct and be represented from somebody in the ent world. if intrested so I sent powers to the following people in the ent world underlined for book, movies, music, TV shows. all with my ideas the powers were signed by sydney Barnes III a sgt at valley st Jail in manchester NH. they were sent to Jennifer Lopez singer and actress Jim Jones CEO of Bryd Gang records and @ VH1 and Dame Dash @ VH1 and Nicky Minaj @ young money they were sent out but never returned back to me nobody was force to do buisness with me but those powers of attorney had my personal information my DOB 8-12-1977 social security 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 the powers of attorney were mailed to XXLmag the David Letterman show @ NBC or CBS etc Ms Lopez power was sent to vanessa satten @ XXLmag calls started to come in to corrections in NH state prison Governer office in NH Bad things start to happen to me in my life besides my legal troubles so I wrote manchester NH criminal court stop them and wrote Concord NH court and NH state Governor office check VH1, Viacom, Bravo network and Parkwood ent beyonce company which I sent ideas too.

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

NONE.

4

___

___

___

III. Relief: State what relief you are seeking if you prevail on your complaint.

Am seeking for these people to stop doing what they are doing to me behind the sceane with the Goverment which is still heppens up here and I want my powers of attorney back ASAP. my life has been nothing but Hell since these people enter my life its been a strug big issue trying to Get my papers back and nothing but stress

I declare under penalty of perjury that on __5-30-17__ (date), I delivered this complaint to prison authorities at __Northampton County Jail__ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-30-17

_Jorge Arcaye_
Signature of Plaintiff

Northampton County Jail
Name of Prison Facility or Address if not incarcerated

Northampton County Jail
666 Walnut Street Easton PA 18042
Address

#22486
Prisoner ID#

rev. 12/1/2015

5

# FORM OF INDIVIDUAL ACKNOWLEDGMENT

FILED
IN ~~ ~~ ~~ CE
DISTRICT COURT E.D.N.Y.

★ JUN 1 2 2017 ★

BROOKLYN OFFICE

Commonwealth of Pennsylvania

County of __NORTHAMPTON__

On this, the __23rd__ day of __MAY__, 20__17__, before me __Sherry A Wohlbach__, the undersigned officer, personally appeared __Jorge Luis Arroyo__

__IS__, known to me (or satisfactorily proven) to be the person__ whose name __IS__ subscribed to the within instrument, and acknowledged that __he__ executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand and official seal.

__Sherry A Wohlbach__
(Notary Public)

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Sherry A. Wohlbach, Notary Public
City of Easton, Northampton County
My Commission Expires Dec. 5, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```

PAN-1 (12/05)